# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136904

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CURTIS WARREN DAWKINS,
          Defendant-Appellant.

SC: 136904
COA: 284562
Kalamazoo CC: 04-002148-FC

_____/

      On order of the Court, the application for leave to appeal the June 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117